No. 02–8995.  SLAUGHTER v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–8996.  RANDY v. STEPP, WARDEN.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 02–8997.  LUNDAHL v. ZIMMER ET AL.  C. A. 10th Cir. Certiorari denied.

No. 02–8998.  MADDEN v. BOBINSKI-CROAN, NKA BOBINSKI. Sup. Ct. Alaska.  Certiorari denied.

No. 02–8999.  LITMON v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 02–9008.  BROWN v. RENDELL, GOVERNOR OF PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–9012.  PHELPS v. BEELER, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–9016.  ADANANDUS v. KING COUNTY PUBLIC DEFENSE OFFICE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 02–9017.  ARVIE v. ANDRICH ET AL.  Ct. App. La., 3d Cir. Certiorari denied.

No. 02–9018.  AHMED v. HERSHEY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 02–9019.  BLONDHEIM v. OLMSTED COUNTY, MINNESOTA, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 02–9022.  SCOTT v. OHIO.  Sup. Ct. Ohio.  Certiorari denied.

No. 02–9026.  RUSSELL v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 02–9027.  SCARVER v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.